FILED
97 AUG 27 PM 3: 28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LOVELL MARKS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV-97-AR-0457-S |
| ) | |
| SHERIFF JIM WOODWARD, ET AL., ) | |
| ) | |
| Defendants. ) | |

ENTERED
AUG 27 1997

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 2, 1997, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on April 16, 1997.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 27 day of August, 1997.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE